## D. H. McINTIRE v. JOHN B. CATER.

**Contracts—Pleading—Breach of Contract to Deliver Possession.**
    A petition for breach of a contract to deliver possession of real
estate purchased by plaintiff from defendant, which alleges the pur-
chase of the land from defendant, the occupancy of the land by a
tenant of defendant, the agreement of defendant to deliver pos-
session, the refusal of defendant to surrender possession to plaintiff
until several months after plaintiff was entitled thereto, states a
cause of action.

### APPEAL FROM LARUE CIRCUIT COURT.

#### December 22, 1872.

OPINION BY JUDGE LINDSAY:

The allegations of appellant's petition constitutes a cause of ac-
tion, and in the absence of an answer, if true, entitled him to a recov-
ery. He alleges a purchase of the house and lot from the appellee,
the acceptance of the legal title from Kirkpatrick at the instance
of the appellee, the occupancy of the property by the tenant of the
latter, and the agreement on the part of the appellee to deliver him
the possession, also the refusal of the tenant to surrender and the
appellee to deliver the possession until several months after he was
entitled to it, under the contract. These facs are admitted by the
demurrer, and if so there is nothing appearing from the deed or
any allegation in the petition that the appellant was required to look
to the tenant of Kirkpatrick for the possession of the property.

The judgment of the court below is reversed and the cause re-
manded with directions to overrule the demurrer, and for further
proceedings consistent with this opinion.

*Murray, Thomas B. Robertson, for appellant.*

*Bush, for appellee.*